# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-5 | E 1670454 | Cutter | 8293 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☒ USC  ☐ State Code |
|---|---|
| 01/03/2022 0123 | 21 USC 841 |

Place of Offense: East Gate, MCAS Miramar, CA

Offense Description: Factual Basis for Charge — Possession of Ketamine    HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Pooler
First Name: Macklin
M.I.: J

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4OGVA | FL | 21 | Cadillac Escalade | ☐ | BLK |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **Not Present to Sign**

*E1670454*

Original - CVB Copy

CVB SCAN 05/29/2024 11:19

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/03/, 20 22 while exercising my duties as a law enforcement officer in the Southern District of CA

Pooler was stopped at the East Gate, MCAS Miramar, CA by Military Law Enforcement. During initial contact with Pooler a large amount of marijuana and a bag containing a white powder substance was discovered. Upon the discovery of the white powder, Pooler spontaneously stated the powder was Ketamine. A presumptive test of the white powder identified it as Ketamine.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/17/2024    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident